No. 97–1615. PROPST, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CHAMBERS, DECEASED v. KINGRY ET AL., 523 U. S. 1138. Motion for leave to file petition for rehearing denied.

OCTOBER 7, 1998

No. A–281. NOBLES v. TEXAS DEPARTMENT OF CRIMINAL JUSTICE. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

OCTOBER 9, 1998

No. 97–8998. ANSON v. TEXAS. Ct. Crim. App. Tex. Certiorari dismissed under this Court's Rule 46.